AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**MARK HILLIS,**<br>a/k/a "Daddy,"<br>a/k/a "Denverpolice#666"<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 20-__636____-M |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Mark Hillis, a/k/a "Daddy," a/k/a "Denverpolice#666"                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See Attachment A.

Date:   04/23/2020                                              /s/ Jacob P. Hart, U.S.M.J.
                                                                                    *Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania                Hon. Jacob P. Hart, U.S. Magistrate Judge
                                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-23-2020, and the person was arrested on *(date)* 5-1-2020
at *(city and state)*   PA

Date:   5-1-2020                                                  7-03,I
                                                                                    *Arresting officer's signature*


                                                                                    *Printed name and title*