IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

20-236

## INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:  Philadelphia           County:   Philadelphia

City and State of Defendant:   Southgate, MI

County:  Wayne           Register number:  69980-066

Place of accident, incident, or transaction:    Eastern District of Pennsylvania

Post Office: Philadelphia           County:    Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:  No
Case Number:  N/A           Judge:  N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☐ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☒ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in sexual conduct - 1 count); 18 U.S.C. § 2423(b) (travel with intent to engage in illicit sexual conduct - 1 count); 18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography - 9 counts); 18 U.S.C. § 1470 (transfer of obscene material to a minor - 2 counts); 18 U.S.C. § 2252(a)(4)(B), (b)(l) (possession of child pornography - 1 count); 18 U.S.C. § 2(b) (willfully causing); Notices of forfeiture

DATE: August 5, 2020           */s/ Kathryn E. Deal*
                              KATHRYN E. DEAL
                              Assistant United States Attorney

File No. 2020R00134
U.S. v. Mark Hillis
a/k/a "Daddy,"
a/k/a "Denverpolice#666"