IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 20-00236 |
| | : | |
| MARK HILLIS | : | |

### ORDER

**AND NOW**, this **7th** day of **December, 2020**, it is hereby **ORDERED** that the Government's Motion to Continue and to Exclude Time Under the Speedy Trial Act (ECF No. 33) is **GRANTED**.[1] Accordingly, the trial in this matter is continued until **March 2, 2021, at 9:00 a.m.**

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from the entry of this Order until the trial date set here shall be excluded under the Speedy Trial Act.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Because of the restrictions on public movement and interactions at the present time, a continuance of the trial date is necessary to allow adequate preparation by the parties for pretrial proceedings and for trial. The Court therefore finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant in a speedy trial.