IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 20-236 |
| | : | |
| MARK HILLIS | : | |

**O R D E R**

**AND NOW,** this _____ day of _____, 2021, upon consideration of the Defendant's Motion For a Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Trial in this matter shall begin on the _____ day of _____, 2021.

BY THE COURT:

_____
**THE HONORABLE EDUARDO C. ROBRENO**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 20-236 |
| | : | |
| MARK HILLIS | : | |

**DEFENDANT'S MOTION FOR A CONTINUANCE OF TRIAL**

Mark Hillis, by his counsel undersigned, respectfully requests that the Court continue the trial scheduled to begin on March 2, 2021. Mr. Hillis respectfully requests a continuance of approximately six (6) months to allow adequate time to review discovery with Mr. Hillis and discuss a non-trial disposition of his case. In support of this request, it is stated:

1. On August 11, 2020, Mr. Hillis was arraigned before Magistrate Judge Marilyn Heffley and entered a plea of not guilty to the instant indictment.

2. The trial is scheduled to begin on March 2, 2021.

3. On March 13, 2020, this Court entered a Standing Order providing that, as a result of the emergency presented by the coronavirus disease COVID-19, all civil and criminal jury trials scheduled to begin in the Eastern District of Pennsylvania between March 13, 2020, and April 13, 2020 were continued pending further Court order. This Standing Order was last updated on January 15, 2021, continuing all trials scheduled through February 28, 2021.

4. Mr. Hillis has multiple pending criminal cases: the instant federal criminal matter and two criminal prosecutions in Montgomery County, Pennsylvania (CP-46-CR-0002219-2020 and CP-46-CR-0002210-2020). All prosecutions arose from the same alleged conduct.

5. Discovery in Mr. Hillis's case is voluminous, and due to the nature of the contents

of discovery, Mr. Hillis requested that counsel not send discovery materials to the Federal Detention Center, where he is detained.   Mr. Hillis also suffers from mental health disorders and possible brain trauma.   Counsel needs an extended period of time to continue having numerous discussions with Mr. Hillis about his charges, the significant mandatory minimum sentence to which he is exposed, the significantly higher guidelines calculation that will inevitably apply, the voluminous discovery that will require viewing in counsel's presence, and investigation regarding mitigation.

6. It is averred and stipulated that time period of any continuance entered as a result of this Standing Order should therefore be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

7. Assistant United States Attorney Kathryn E. Deal advised that the government has no objection to a continuance of 30-60 days.   As expressed above, however, counsel for Mr. Hillis needs more than 30-60 days to insure that Mr. Hillis has had adequate time to discuss his charges, sentence exposure, discovery, and all of his options regarding a non-trial disposition.  Given counsel's caseload and backlog of cases due to pandemic-related restrictions, Mr. Hillis respectfully asserts that 30-60 is not sufficient.

**WHEREFORE,** for the foregoing reasons, the defense respectfully requests that this motion be granted and that Mr. Hillis's trial date be continued approximately six (6) months.

Respectfully submitted,

*/s/ Angela Halim*
ANGELA HALIM
Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

I, Angela Halim, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Defendant's Unopposed Motion for a Continuance of Trial by electronic notification upon Kathryn E. Deal, Assistant United States Attorney, office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

*/s/ Angela Halim*
ANGELA HALIM
Assistant Federal Defender

DATE:	February 17, 2021