IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 20-236 |
| | : | |
| MARK HILLIS | : | |

**O R D E R**

**AND NOW,** this **17th** day of **February, 2021**, upon consideration of the Defendant's unopposed Motion For a Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. A new scheduling order shall issue.

BY THE COURT:

s/Eduardo C. Robreno
**HON. EDUARDO C. ROBRENO**