IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | NO. 20-00236 |
| | : | |
| MARK HILLIS | : | |

### ORDER

**AND NOW,** this **23rd** day of **June, 2021**, it is hereby **ORDERED** that Defendant's Motion to Continue Trial Date (ECF No. 41) is **GRANTED.**[1] Accordingly, the trial in this matter is continued until **October 7, 2021, at 9:00 a.m.** An amended scheduling order will issue.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from the entry of this Order until the trial date set here shall be **EXCLUDED** under the Speedy Trial Act.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The time between the issuance of this Order and October 7, 2021, shall be excluded in computing the time within which the trial in the above-captioned case must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A). The failure to continue the trial date would deny Defendant's counsel the reasonable time necessary for effective preparation.